

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00051-CV

| | | |
|---|---|---|
| IN RE AVALON CARE GROUP, LLC, Relator | § | Original Proceeding |
| | § | 236th District Court of Tarrant County, Texas |
| | § | Trial Court No. 236-309244-19 |
| | § | March 9, 2023 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered relator Avalon Care Group, LLC's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to rule on relator's April 6, 2022 combined motion for partial summary judgment no later than Monday, March 20, 2023.

It is further ordered that the parties shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell